**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| QUEST NETTECH CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>D.L. BLAIR, INC., et al.<br><br>Defendants. | CASE NO. 2:14-cv-00784-RWS<br>LEAD CASE |

## ORDER GRANTING DISMISSAL

Before the Court came Plaintiff Quest NetTech Corporation's ("Plaintiff") Unopposed Motion to Dismiss (Docket No. 21) its claims and causes of action against Defendant Centra Marketing and Communications, LLC ("Defendant"). Pursuant to Fed. R. Civ. P. 41(a), recognizing the Unopposed Motion to Dismiss filed by Plaintiff pursuant to a settlement of the above-captioned litigation between the parties, the Court finds Plaintiff's Unopposed Motion to Dismiss (Docket No. 21) should be **GRANTED**. Therefore, it is ordered as follows:

**ORDERED** that all claims asserted herein by Plaintiff against the above-listed Defendant be, and hereby are, dismissed with prejudice and that the parties shall bear their own attorneys' fees, expenses and costs.  The Clerk is **ORDERED** to terminate Defendant from Case No. 2:14-cv-784 and close Case No. 2:14-cv-785.

**SIGNED this 24th day of April, 2015.**

*Robert W. Schroeder*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE